IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-285 |
| | ) | |
| RAMKUMAR RAYAPUREDDY | ) | |

PROPOSED VERDICT FORM

AND NOW, comes the United States of America ("United States"), by and through undersigned counsel, and Defendant Ramkumar Rayapureddy ("Mr. Rayapureddy"), by and through undersigned counsel, and hereby jointly submit their Proposed Verdict Forms.

Respectfully submitted,

Dated: January 5, 2024

LINKLATERS LLP

By:  /s/ Adam S. Lurie
Adam S. Lurie
Richard C. Smith
Doug Davison
601 13th St. NW #400
Washington, D.C. 20005

John A. Schwab, Esquire
PA. ID No. 89596
436 Seventh Avenue
Suite 300
Pittsburgh, PA 15219
Telephone: (412) 235-9150

*Attorneys for Defendant Ramkumar Rayapureddy*

GLENN S. LEON
Chief
Criminal Division, Fraud Section
United States Department of Justice

By:  /s/ Laura Connelly
VASANTH SRIDHARAN
MATTHEW REILLY
LAURA CONNELLY
Trial Attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 22-285 |
| | ) |
| RAMKUMAR RAYAPUREDDY | ) |

## **VERDICT**

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Ramkumar Rayapureddy:

1. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Securities Fraud in violation of Title 18, United States Code, Section 371, as charged in Count One of the Indictment.

2. _____ [GUILTY / NOT GUILTY] of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the purchase of approximately 1,200 Mylan call options on or about September 29, 2017, as charged in Count Two of the Indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the closing of approximately 1,407 Mylan put option contracts; sale of approximately 5,502 Mylan

call option contracts; purchase of approximately 7,074 Mylan put option contracts on or about February 26, 2019, as charged in Count Three of the Indictment.

4. _____ [GUILTY / NOT GUILTY] of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the purchase of approximately 13,003 Mylan call option contracts on or about July 18, 2019 through July 22, 2019, as charged in Count Four of the Indictment.

DATE: _____       _____
                                                                            PRESIDING JUROR

**This verdict form is proffered by the Government.**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 22-285 |
| ) | |
| RAMKUMAR RAYAPUREDDY ) | |

## **VERDICT**

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Ramkumar Rayapureddy:

5. _____ [GUILTY / NOT GUILTY] beyond a reasonable doubt of the charge Conspiracy to Commit Securities Fraud in violation of Title 18, United States Code, Section 371, as charged in Count One of the Indictment.

6. _____ [GUILTY / NOT GUILTY] beyond a reasonable doubt of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the purchase of approximately 1,200 Mylan call options on or about September 29, 2017, as charged in Count Two of the Indictment.

7. _____ [GUILTY / NOT GUILTY] beyond a reasonable doubt of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the closing of approximately 1,407 Mylan put option contracts; sale of

approximately 5,502 Mylan call option contracts; purchase of approximately 7,074 Mylan put option contracts on or about February 26, 2019, as charged in Count Three of the Indictment.

8. _____ [GUILTY / NOT GUILTY] beyond a reasonable doubt of the charge of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, in connection with the purchase of approximately 13,003 Mylan call option contracts on or about July 18, 2019 through July 22, 2019, as charged in Count Four of the Indictment.

DATE: _____    _____
                                              PRESIDING JUROR

**This verdict form is proffered by the Defense.**