# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 22-285 |
| RAMKUMAR RAYAPUREDDY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

Given that the Indictment in this case has been dismissed with prejudice, the Court intends to unseal the Sealed Memorandum Opinion and Order addressing Defendant's Pretrial Motion to Compel Government's Production of Evidence, (Docket Nos. 113, 114), and the Sealed Memorandum Opinion and Order addressing Defendant's Motion to Compel the Production and Documentation of Further Rule 16, *Brady* and *Giglio* Material, Motion for a Bill of Particulars, and Motion for Disclosure of Grand Jury Materials.  (Docket Nos. 184, 185).

Accordingly, IT IS HEREBY ORDERED that the parties shall file under seal a Joint Status Report by **February 12, 2024**, indicating whether the referenced documents should remain under seal.  If the parties do not file a Joint Status Report by that date, the Court will unseal the documents.  If the parties' Joint Status Report requests that the Memorandum Opinion(s) be filed with certain redactions, then proposed Memorandum Opinion(s) in redacted form shall be filed under seal as an attachment to the parties' Joint Status Report.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Date:      January 29, 2024

cc/ecf:      All counsel of record